IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEREMI BLAKE                                                                                          PLAINTIFF

v.                                               Civil No. 4:16-cv-04078

WARDEN MOORE, LIEUTENANT
GOLDEN ADAMS, and STEVEN KING                                                      DEFENDANTS

**ORDER**

Before the Court is Defendant Steven King's Motion to Extend Deadlines (ECF No. 25) and Plaintiff's Motion for Default Judgment. (ECF No. 26)

On April 25, 2017, this Court entered an Amended Scheduling Order setting various deadlines for discovery completion, the filing of dispositive motions, motions to amend pleadings and join other parties. ECF No. 16. Defendant King was not named as a defendant until June 21, 2017 and he filed his answer on July 25, 2017. I find good cause is shown for an extension of certain deadlines in the Amended Scheduling Order, the request is not intended for the purpose of harassment or delay, and no party will be prejudiced by the extension. Accordingly, Plaintiff's Motion for Extend Deadlines (ECF No. 25) is **GRANTED.** The extension of deadlines in the Amended Scheduling Order will be addressed by a separate Court order.

As to Plaintiff's Motion for Default Judgment against Southern Health Partners, Inc., Southern Health Partners, Inc. is not a party to this lawsuit. Accordingly, Plaintiff's Motion for Default Judgment (ECF No. 26) is **DENIED.**

**IT IS SO ORDERED this 13th day of September 2017.**

                                                      /s/ Barry A. Bryant_____
                                                      HON. BARRY A. BRYANT
                                                      UNITED STATES MAGISTRATE JUDGE