IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEREMI BLAKE                                                                                           PLAINTIFF

v.                                       Civil No. 4:16-cv-04078

WARDEN MOORE, LIEUTENANT
GOLDEN ADAMS, and STEVEN KING                                                      DEFENDANTS

## ORDER

Before the Court is Plaintiff Jeremi Blake's Motion to Reopen Case and Leave to Respond Out of Time. (ECF No. 48). Counsel for Defendants have advised the Court that they do not oppose the motion.

Accordingly, Plaintiff's Motion to Reopen Case and Leave to Respond Out of Time (ECF No. 48) is **GRANTED** and the motions for summary judgment previously filed by Defendants will be taken under consideration.

**The Clerk is DIRECTED to: (1) reopen this case; (2) file the motions for summary judgment as text entries linking to the original motions ECF Nos. 33 and 37; and (3) file Plaintiff's responses to Defendants' motions for summary judgment.**

Defendants shall have 30 days from the date of this order to file replies to Plaintiff's responses to their motions for summary judgment.

**IT IS SO ORDERED,** this 6th day of June 2018.

                                                   /s/ Barry A. Bryant
                                                   HON. BARRY A. BRYANT
                                                   UNITED STATES MAGISTRATE JUDGE